PEOPLE *v.* JONES

CRIMINAL LAW—HOMICIDE—POSSIBLE VERDICTS—EVIDENCE—FACT QUESTIONS.

> Consideration by jury of first-degree murder and second-degree murder as possible verdicts in homicide trial which resulted in defendant's conviction of manslaughter *held,* proper, where an examination of the record discloses evidence for jury consideration which could have supported a verdict of guilty of murder in the first or second degree (CL 1948, §§ 750.316, 750.317, 750.321).

Appeal from Kent, Roman J. Snow, J. Submitted Division 3 June 3, 1969, at Grand Rapids. (Docket No. 5,526.) Decided June 24, 1969. Leave to appeal denied March 24, 1970. See 383 Mich 774.

Willie Lee Jones was convicted of manslaughter. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Jack L. Winter* and *Robert J. Stephan,* Assistant Prosecuting Attorneys, for the people.

*Raymond R. Kail,* for defendant.

BEFORE: J. H. GILLIS, P. J., and R. B. BURNS and V. J. BRENNAN, JJ.

REFERENCE FOR POINTS IN HEADNOTE
40 Am Jur 2d, Homicide § 525 *et seq.*

PER CURIAM. Defendant was charged with first-degree murder.[1] Following a jury trial the defendant was convicted of manslaughter.[2] On appeal defendant contends that the court erred in allowing the jury to consider first- and second-degree murder[3] as possible verdicts.

An examination of the record discloses questions of fact for jury consideration which could have supported a verdict of guilty of murder in the first or second degree.

Affirmed.

---

[1] CL 1948, § 750.316 (Stat Ann 1954 Rev § 28.548).
[2] CL 1948, § 750.321 (Stat Ann 1954 Rev § 28.553).
[3] CL 1948, § 750.317 (Stat Ann 1954 Rev § 28.549).